## PYLE *et al.* v. LLOYD.

No. 5451.    Opinion Filed November 9, 1915.

(152 Pac. 1073.)

**APPEAL AND ERROR—Failure to File Brief—Affirmance.** Where plaintiff in error fails to file brief under rule 7 (38 Okla. vi, 137 Pac. ix) of this court, and an examination of the record discloses that the appeal was without merit and was prosecuted for delay, the judgment appealed from may be affirmed.

(Syllabus by Galbraith, C.)

*Error from District Court, Haskell County;*
*W. H. Brown, Judge.*

Action by S. M. Lloyd against Ulys Pyle and another. Judgment for plaintiff, and defendants bring error. Affirmed.

*Ulys Pyle,* for plaintiffs in error.

Opinion by GALBRAITH, C. This action was instituted to recover upon a promissory note given for building material, and to foreclose a lien upon real estate for the amount thereof. There was a default judgment

in the trial court.  In this court the cause was assigned for oral argument, but default was also made here, and there has been no brief filed on behalf of the plaintiff in error.

We have examined the record and are convinced that the appeal is frivolous and without merdit, and has been prosecuted for delay. *Skirvin v. Bass Furniture & Carpet Co.*, 43 Okla. 440, 143 Pac. 190.

We, therefore, recommend that the judgment appealed from be affirmed.

By the Court:  It is so ordered.